IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02783-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 98.245.34.39,

      Defendant.

_____

### ORDER OF DISMISSAL
_____

      In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With

Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)((1)(A)(i) on November 24,

2014 (ECF No. 13), it is

      ORDERED that Defendant John Doe and this action are **DISMISSED WITH**

**PREJUDICE**.

      Dated:  November 24, 2014

                        BY THE COURT:


                        s/ Wiley Y. Daniel_____
                        Wiley Y. Daniel
                        Senior United States District Judge